298 So.2d 92

**Major POOLE, Jr.**

**v.**

**STATE.**

**4 Div. 254.**

Court of Criminal Appeals of Alabama.

June 25, 1974.

On reconsideration of Ala.Cr.App., 53 Ala.App. 156, 298 So.2d 85, after remand.

Affirmed on authority of 292 Ala. 590, 298 So.2d 89, dated June 6, 1974.

303 So.2d 132

**Issac SMITH**

**v.**

**CITY OF IRONDALE.**

**6 Div. 596.**

Court of Criminal Appeals of Alabama.

Oct. 29, 1974.

After remand from the Supreme Court, 293 Ala. 357, 303 So.2d 130 which reversed the decision of the Court of Criminal Appeals, 53 Ala.App. 628, 303 So.2d 126.

Affirmed on authority of SC 727, dated September 19, 1974, 293 Ala. 357, 303 So. 2d 130.

299 So.2d 740

**STATE of Alabama**

**v.**

**FRANCO NOVELTY COMPANY, INCORPORATED.**

**Civ. 223.**

Court of Civil Appeals of Alabama.

Aug. 28, 1974.

BRADLEY, Judge.

Upon remand to this court by the Supreme Court of Alabama it is considered that this cause should be reversed in accordance with the opinion rendered by the Supreme Court on July 11, 1974 in the above cause, 293 Ala. 43, 299 So.2d 737, and remanded to the Circuit Court of Montgomery County, Alabama for further proceedings.

Reversed and remanded.

WRIGHT, P. J., and HOLMES, J., concur.